No. 91–7401. HERBAGE v. CARLSON, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–7404. NANCY B. v. CHARLOTTE M. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 91–7406. CURTIS v. CURTIS ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–7410. LOCK v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 91–7411. REES v. REYES. Ct. App. D. C. Certiorari denied.

No. 91–7412. RAMSEY v. ARMONTROUT, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–7413. MALUMPHY v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 91–7414. PRUNTY v. BAKER ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–7416. MCCULLOUGH v. KERSH ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–7417. BALL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–7419. MCCULLOUGH v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–7420. SHACKELFORD v. ARMONTROUT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 91–7421. WESTBROOK v. CITY OF LOS ANGELES ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–7423. KERR v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 91–7424. GIBBS v. CLEMENTS FOOD CO. C. A. 10th Cir. Certiorari denied.